```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
```
**Tamika N. Wyche, Esquire,**
**Law Offices of David Paul Daniels, LLC**
**2985 Yorkship Square, Suite 1A**
**CAMDEN, NEW JERSEY 08104**
**(856) 338-0411**
TW 06502006

In Re: MICHELLE R. DRISCOLL

**Order Filed on April 2, 2024**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No.: 24-12321

Adv. No.:

Hearing Date: April 2, 2024

Judge: HON. JERROLD N. POSLUSNY, JR.

## ORDER EXTENDING THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: April 2, 2024**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(PAGE 2)

Debtors: MICHELLE R. DRISCOLL

Case No: 24-12321 JNP

Caption of Order: ORDER EXTENDING THE AUTOMATIC STAY
--------------------------------------------------------------------------------

    THIS MATTER having been opened to the Court by Tamika N. Wyche, Esquire, Attorney for Debtor, Michelle R. Driscoll on Motion to Extend the Automatic Stay; and Tamika N. Wyche, Esquire, appearing for the Debtor; and the Court after hearing arguments of counsel; and for good cause having been shown; it

    ORDERED that the Automatic Stay is Extended until the completion of the plan, or further Order of the Court pursuant to 11 U.S.C. 362(c)(3)(B).