| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*<br>Andrew B. Finberg, Esquire (AF 1574)<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, New Jersey 08002<br>(856) 663-5002 | |
| In Re:<br><br>**MICHELLE R. DRISCOLL**<br>Debtor(s)'. | Case No.   24-12321 JNP<br><br>Judge:   Jerrold N. Poslusny, Jr.<br><br>**STIPULATION ADJUSTING<br>TRUSTEE PAYMENTS** |

**WHEREAS,** a review of Debtor's case by the Chapter 13 Standing Trustee's Office revealed that Debtor's monthly Trustee payments should be recalculated and good cause having been shown, and

**WHEREAS,** the Trustee and Debtor's counsel have agreed to resolve the adjustment in Trustee payments by this Stipulation;

**NOW THEREFORE,** the Trustee and counsel for Debtors hereby agree as follow:

1. Debtor's case be and is hereby allowed to continue at $2,892 total receipts applied to plan plus $1,629 for fifty-seven (57) months starting July 1, 2024 for a total of sixty (60) months.

**IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on May 15, 2023 remain in effect.

_____
Tamika N. Wyche, Esquire
Attorney for Debtor

Dated 6/21/24

/s/ Andrew B. Finberg
Andrew B. Finberg,
Chapter 13 Standing Trustee

Dated   6/20/2024