| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| KML Law Group, P.C.<br>By: Denise Carlon, Esquire<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>Attorneys for Movant: OHTacoma1SUBI a Series of OHTacoma1 | Case No.: 24-12321 JNP<br><br>Chapter: 13 |
| In Re:<br><br>Michelle R. Driscoll f/k/a Michelle Brennan f/k/a Michelle Renee Driscoll<br>　　　　Debtor/Respondent<br><br>Samuel T. Driscoll<br>　　　Co-Debtor/Respondent | Adv. No.: _____<br><br>Hearing Date: 10/15/2024 @ 11am<br><br>Judge: Jerrold N. Poslusny Jr. |

## CERTIFICATION OF SERVICE

1. I, <u>Melissa Hansler</u>:

    ☐ Represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for <u>Denise Carlon, Esquire</u>, who represents the <u>Movant</u> in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On <u>September 19, 2024,</u> I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Notice of Motion for Relief of Automatic Stay
    - Certification of Support in Motion of Relief from Automatic Stay
    - Proposed Order
    - Certification of Service

3. I certify under penalty of perjury that the above document were sent using the mode of service indicated.

Dated: September 19, 2024　　　　　　　　　　/S/ Melissa Hansler
　　　　　　　　　　　　　　　　　　　　　　Signature

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
| Michelle R. Driscoll f/k/a Michelle Brennan f/k/a Michelle Renee Driscoll<br>50 Bayshore Road<br>Cape May, NJ 08204 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Samuel T. Driscoll<br>50 Bayshore Road<br>Cape May, NJ 08204 | Co-Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Wyche, Tamika Nicole<br>Law Offices of David Paul Daniels, LLC<br>2985 Yorkship Square<br>Suite 1A<br>Camden, NJ 08104 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Finberg, Andrew B.<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center - 535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev. 8/1/16*