Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 24−12321−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michelle R. Driscoll
   fka Michelle Brennan, fka Michelle Renee
   Driscoll
   50 Bayshore Road
   Cape May, NJ 08204

Social Security No.:
   xxx−xx−3756

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/18/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: October 18, 2024
JAN: kvr

                                                         Jeanne Naughton
                                                         Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 24-12321-JNP

Michelle R. Driscoll  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2

Date Rcvd: Oct 18, 2024     Form ID: 148     Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michelle R. Driscoll, 50 Bayshore Road, Cape May, NJ 08204-5110 |
| 520181174 | + | Comenity Bank HQ/Biglots, 1 Righter Parkway, Suite 100, Talleyville, DE 19803-1533 |
| 520181176 | | Land Home Financial Services, Inc., 311 South Harbor Boulevard, Suite 100, Fresno, CA 93704 |
| 520181177 | + | Middle Township Tax Collector, 33 Mechanic Street, Cape May Court House, NJ 08210-2221 |
| 520182592 | | Samuel Driscoll, 535 South Route 47, Unit 20, Green Creek, NJ 08219 |
| 520301808 | + | Tax Collector, Townhip of Middle, 33 Mechanic Street, Cape May Court House, NJ 08210-2200 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 18 2024 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 18 2024 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520228846 | | Email/Text: peritus@ebn.phinsolutions.com | Oct 18 2024 20:45:00 | Flowering Peach BK LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 520228847 | | Email/Text: peritus@ebn.phinsolutions.com | Oct 18 2024 20:45:00 | Flowering Peach BK LLC, PO BOX 141419, Irving, Tx 75014-1419, Flowering Peach BK LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 520181175 | ^ | MEBN | Oct 18 2024 20:45:33 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520253724 | ^ | MEBN | Oct 18 2024 20:46:22 | Land Home Financial Services, Inc., 3611 South Harbor Blvd, Suite 100, Santa Ana, CA 92704-7915 |
| 520181178 | + | Email/Text: ml-ebn@missionlane.com | Oct 18 2024 20:43:00 | Mission Lane Tab Bank HQ, 4185 Harrison Blvd, Suite 200, Ogden, UT 84403-6400 |
| 520247568 | | EDI: PRA.COM | Oct 19 2024 00:31:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520181179 | | EDI: PRA.COM | Oct 19 2024 00:31:00 | Portfolio Recovery Associates, 120 Corporate Blvd., Norfolk, VA 23502 |
| 520227688 | | EDI: Q3G.COM | Oct 19 2024 00:31:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520249123 | + | Email/Text: bncmail@w-legal.com | Oct 18 2024 20:44:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101-2051 |
| 520194835 | ^ | MEBN | Oct 18 2024 20:44:56 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 12

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Oct 18, 2024 | Form ID: 148 | Total Noticed: 18

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor OHTacoma1SUBI a Series of OHTacoma1 dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Tamika Nicole Wyche | on behalf of Debtor Michelle R. Driscoll daviddanielslaw@gmail.com 16022@notices.nextchapterbk.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5